IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHARIKA BAKSH ALLISON | § | |
| VS. | § | CIVIL ACTION NO. 1:15-CV-143 |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Movant, Sharika Baksh Allison, an inmate formerly confined at FPC in Bryan, Texas, proceeding *pro se*, filed this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this motion to vacate, set aside, or correct sentence be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] Movant was released on February 20, 2018. Movant, however, failed to update the Court with her address upon release. A Report and Recommendation was then entered on March 7, 2018, recommending the motion to vacate, set aside, or correct sentence be dismissed for want of prosecution (docket entry no. 7). A copy of the Report and Recommendation was returned undeliverable (docket entry no. 8). A forwarding address was provided and the Report and Recommendation was mailed again to this address. Movant received a copy of the Report and Recommendation April 2, 2018 (docket entry no. 9). Receiving no response from movant, the Magistrate Judge then entered an order giving movant fifteen days to notify the Court whether she wished to continue with her § 2255 motion or dismiss the motion. This order was returned undeliverable on May 18, 2018 (docket entry no. 11). The Clerk of Court then resent the order to the correct address CMRR on May 21, 2018. Movant received a copy of this order on May 29, 2018 but has failed to otherwise communicate with the Court.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **19** day of **June, 2018.**

_____
Ron Clark, United States District Judge